AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MARK MASON, on behalf of himself and others similarly situated, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.   1:23-cv-20154-FAM |
| TITAN SOLAR POWER FL INC. and COAST TO COAST SOLAR, INC., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Coast to Coast Solar, Inc.
c/o Griffin Accounting and Tax
250 Crystal Grove Blvd
Lutz, FL 33548

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Avi R. Kaufman
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jan 13, 2023

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| MARK MASON, on behalf of himself and others similarly situated, ⟩⟩⟩⟩⟩⟩ | |
| *Plaintiff(s)* | |
| v. ⟩⟩ | Civil Action No.   1:23-cv-20154-FAM |
| TITAN SOLAR POWER FL INC. and COAST TO COAST SOLAR, INC., ⟩⟩⟩⟩ | |
| *Defendant(s)* ⟩ | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Titan Solar Power FL Inc.
c/o NORTHWEST REGISTERED AGENT LLC
7901 4TH ST N STE 300
ST. PETERSBURG, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Avi R. Kaufman
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Jan 13, 2023

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court