IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MARK MASON,** individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>v.<br><br>**TITAN SOLAR POWER FL INC.** and **COAST TO COAST SOLAR, INC.**,<br><br>      *Defendants*. | Case No. 1:23-cv-20154-FAM<br><br>**CLASS ACTION** |

### PLAINTIFF'S NOTICE OF DISMISSAL OF COAST TO COAST SOLAR, INC. WITHOUT PREJUDICE

Plaintiff Mason hereby provides notice of the voluntary dismissal of Defendant Coast to Coast Solar, Inc. without prejudice, with each party to bear its own fees and costs.

Dated: March 7, 2023

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorneys for Plaintiff and the putative Classes*