UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20154-CIV-MORENO

MARK MASON, individually and on behalf of
all others similarly situated,

        Plaintiff,

vs.

COAST TO COAST SOLAR, INC.,

        Defendant.
_____/

### ORDER OF DISMISSAL AS TO COAST TO COAST SOLAR, INC.

THIS CAUSE came before the Court upon Plaintiff's Notice of Dismissal of Coast to Coast Solar, Inc. Without Prejudice (**D.E. 12**), filed on **March 7, 2023**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice as to Defendant COAST TO COAST SOLAR, INC., with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of March 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record