UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20154-CIV-MORENO

MARK MASON, individually and on behalf of
all others similarly situated,

        Plaintiff,

vs.

TITAN SOLAR POWER FL INC. and
COAST TO COAST SOLAR, INC.,

        Defendants.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

This cause came before the Court upon a *sua sponte* review of the record.

The Court has noted the proof of service on Defendant Coast to Coast Solar, LLC (**D.E. 26**), filed on **April 19, 2023**. It appears that Defendant Coast to Coast Solar, LLC has failed to answer or otherwise respond to the Summons and Complaint. Therefore it is

**ADJUDGED** that the Clerk shall file an Entry of Default against Defendant Coast to Coast Solar, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Upon entry of default, Plaintiff may file a motion for Default Judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th of May 2023.

*/s/ Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record