IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-20154-FAM

MARK MASON, individually and on behalf
of all others similarly situated

    Plaintiff,

vs.

TITAN SOLAR POWER FL, INC. and
COAST TO COAST SOLAR, LLC.,

    Defendants.
_____/

TITAN SOLAR POWER FL, INC.

    Third-Party Plaintiff,

v.

COAST TO COAST SOLAR, LLC

    Third-Party Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Mark Mason (the "Plaintiff"), and Defendant/Third-Party Plaintiff, Titan Solar Power FL, Inc. ("Titan"), hereby jointly file this Notice of Settlement pursuant to Southern District of Florida Local Rule 16.4, and notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated September 14, 2023                                               Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
The Alhambra
2 Alhambra Plaza, Suite 1110
Coral Gables, Florida 33134
T: (786) 353-0210
F: (786) 513-2249

/s/ Juan P. Garrido
SETH ALHADEFF
Florida Bar No. 525235
seth.alhadeff@lewisbrisbois.com
JUAN P. GARRIDO
Florida Bar. No. 118678
juan.garrido@lewisbrisbois.com
*Counsel for Defendant, Titan Solar Power of FL, Inc.*

and

**KAUFMAN P.A.**
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
*Counsel for the Plaintiff, Mark Mason*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 14th day of September, 2023, a true and correct copy of the foregoing was filed through the court's CM/ECF filing system.

/s/ Avi R. Kaufman