UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-20154-CIV-MORENO

MARK MASON, individually and on behalf of
all others similarly situated,

        Plaintiff,

vs.

TITAN SOLAR POWER FL INC. and
COAST TO COAST SOLAR, INC.,

        Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND
### ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Notice of Settlement (**D.E. 41**), filed on **September 14, 2023**. It is

ADJUDGED that in light of the parties settling this action, this case is **DISMISSED** in accordance with the settlement agreement. The Court shall retain jurisdiction for six months to enforce the terms of the settlement agreement. It is also

ADJUDGED that all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _18th_ of September 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record